IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-HC-2135-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DENNIS DELANEY, | ) | |
| Reg. No. 69359-208, | ) | |
| | ) | |
| Respondent. | ) | |

By order dated 5 January 2009, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. On 21 May 2014, the government filed a certificate of improved mental condition and request for an unconditional discharge from such commitment. (DE # 34.) Attached to the request is a Certificate of Discharge from 18 U.S.C. § 4246 Commitment, signed by Warden B.R. Jett of the Federal Medical Center in Rochester, Minnesota, certifying that respondent's treatment providers believe that he no longer meets criteria for commitment pursuant to 18 U.S.C. § 4246. (DE # 34-1.) The government also submitted a Case Summary dated 4 April 2014, containing the mental health clinical team's opinion that respondent no longer meets criteria for commitment. (DE # 33.)

The court has reviewed the motion and supporting materials and finds that respondent no longer meets the criteria for commitment under 18 U.S.C. § 4246.

Accordingly, IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4246(e), that

respondent be unconditionally released forthwith and that this file be closed.

This 21 May 2014.

                                                  W. Earl Britt
                                                 Senior U.S. District Judge